IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK N. RILEY,<br><br>      Petitioner,<br><br>      vs.<br><br>JAMES A. YATES,<br><br>      Respondent.<br>_____/ | 1:07-cv-1445 LJO SMS (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #6)<br><br>THIRTY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On December 6, 2007, petitioner filed a motion to extend time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendations.


IT IS SO ORDERED.

**Dated:      January 4, 2008**            /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE