1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   DERRICK N. RILEY,                      1:07-cv-01445-LJO-SMS (HC)

12              Petitioner,                 ORDER GRANTING PETITIONER'S
                                            SECOND REQUEST FOR EXTENSION OF
13      vs.                                 TIME TO FILE OBJECTIONS TO
                                            FINDINGS AND RECOMMENDATIONS
14   JAMES A. YATES,
                                            (DOCUMENT #8)
15              Respondent.
                                            THIRTY DAY DEADLINE
16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On January 4, 2008 , petitioner filed a second motion to extend time to file

19   objections to findings and recommendations .  Good cause having been presented to the court

20   and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to any

22   objections to the findings and recommendations.

23

24   IT IS SO ORDERED.

25   **Dated:    January 23, 2008**            _____/s/ Sandra M. Snyder_____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28