IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK N. RILEY,<br><br>    Petitioner,<br><br>    vs.<br><br>JAMES A. YATES,<br><br>    Respondent.<br>_____/ | 1:07-cv-01445-LJO-SMS-(HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #10)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On February 11, 2008, petitioner filed a motion to extend time to file objection to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objection to findings and recommendations.


IT IS SO ORDERED.

**Dated:   February 26, 2008            /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE