IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK N. RILEY, | 1:07-cv-01445-LJO-SMS (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FOURTH REQUEST FOR EXTENSION |
|     vs. | OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| JAMES A. YATES, | (DOCUMENT #12) |
|     Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On March 12, 2008, petitioner filed a motion to extend time to file objections to findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

**Dated:**   **March 28, 2008**                     /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE