1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   DERRICK N RILEY,                        1:07-cv-01445-LJO-SMS (HC)

12              Petitioner,                  ORDER GRANTING PETITIONER'S
                                             FIFTH MOTION FOR EXTENSION OF
13        vs.                                TIME TO FILE OBJECTIONS TO
                                             FINDINGS AND RECOMMENDATIONS
14   JAMES A. YATES,
                                             (DOCUMENT #16)
15              Respondent.
                                             THIRTY DAY DEADLINE
16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On May 5, 2008, petitioner filed a motion to extend time to file objections to

19   findings and recommendations.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Petitioner is granted thirty days from the date of service of this order in which to file

22   objections to findings and recommendations.  No further extensions of time will be granted

23   unless upon a showing of extraordinary circumstances.

24

25

26    IT IS SO ORDERED.

27   Dated:    May 9, 2008                    _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
28