1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  DERRICK N. RILEY,                          1:07-cv-01445 LJO SMS HC

10               Petitioner,                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATION AND DISMISSING
11      v.                                    PETITION FOR WRIT OF HABEAS CORPUS
                                              WITH PREJUDICE
12
    JAMES A. YATES,                           [Doc. 5]
13
                 Respondent.
14  _____/

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18        On November 26, 2007, the Magistrate Judge issued Findings and Recommendation that

    the Petition for Writ of Habeas Corpus be DISMISSED.   This Findings and Recommendation
19
    was served on all parties and contained notice that any objections were to be filed within thirty
20
    (30) days of the date of service of the order.
21
22        After several extensions of time, Petitioner filed timely objections to the Findings and

23  Recommendation on September 25, 2008.  (Court Doc. 21.)

24        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

    a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's
25
    objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
26
    supported by the record and proper analysis.  Petitioner's objections present no grounds for
27
    questioning the Magistrate Judge's analysis.
28

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued November 26, 2007, is ADOPTED IN

FULL;

2.      The Petition for Writ of Habeas Corpus is DISMISSED; and,

3.      The Clerk of the Court is DIRECTED to close this action.  This terminates this

action in its entirety.

IT IS SO ORDERED.

**Dated:      September 28, 2008                      /s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE